IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-106-BO

| | |
|---|---|
| MENDY BAILEY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| COASTAL CAROLINA COMMUNITY ) | |
| COLLEGE, ) | |
| Defendant. ) | |

This cause comes before the Court on plaintiff's motion for entry of default pursuant to Fed. R. Civ. P. 55(a) and defendant's motion for leave to file answer out of time. For good cause shown, and in light of the preference that claims and defenses be disposed of on their merits, *Colleton Preparatory Acad., Inc. v. Hoover Universal*, 616 F.3d 413, 417 (4th Cir. 2010), the motion for leave to file out of time [DE 18] is ALLOWED. The clerk is DIRECTED to file defendant's answer [DE 18-1] as of the date of entry of this order and the answer shall be deemed timely filed. Plaintiff's motion for entry of default [DE 13] is therefore DENIED.

SO ORDERED, this 16 day of October, 2018.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE